FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 2 5 2015

JAMES N. HATTEN, Clerk
By: _Aylun L Lunch_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| Tori K. Collins | 1:15-CR-56-WSD |

I, Tori K. Collins, the above named defendant, who is accused of conspiracy to violate the bank gratuities statute, in violation of 18 U.S.C. § 317, being advised _371 aRB VNPS dC._ of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on February 25, 2015 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Tori K. Collins
Defendant

_____
Virginia Natasha Perdew-Silas
Counsel for Defendant

Before  _E. Clai Sa_
       Judicial Officer