MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
   PLEA AND
      SENTENCE



Filed in Open Court:  Date: 2/25/15   Tape: FTR at 10:13   TIME IN COURT: 17 mins

Magistrate Judge E. Clayton Scofield III     Deputy Clerk Angela Smith

Case Number: 1:15-CR-56-WSD     Defendant's Name: Tori K. Collins

AUSA: Alana Black     Defendant's Attorney: Tasha Silas

USPO/PTR: _____     Type Counsel: ( ) Retained ( ) CJA (✓) FPD ( ) Waived

___ ARREST DATE: _____

___ INTERPRETER _____

✓ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes ( ) No
✓ Defendant advised of right to counsel. _____ WAIVER OF COUNSEL filed.
✓ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
___ ORDER appointing _____ as counsel for defendant. Written Order to follow.
___ ORDER giving defendant _____ days to employ counsel. _____ (cc: serv. by Mag)
___ Dft. to pay attorney fees as follows: _____
✓ INFORMATION/COMPLAINT filed. ✓ WAIVER ON INDICTMENT filed.
✓ Copy indictment/information given to dft? (✓) Yes ( ) No   Read to dft? ( ) Yes (✓) No.
___ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
___ ARRAIGNMENT HELD. ( ) superseding indictment/information. ( ) Dft's Waiver of appearance filed by counsel.
___ ARRAIGNMENT continued until _____ at _____ Request of ( ) Govt. ( ) Dft.
___ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
___ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
___ MOTION TO CHANGE PLEA, and order allowing same.
___ PLEA OF GUILTY/NOLO as to counts _____
___ Petition to enter plea of GUILTY/NOLO filed.
___ NEGOTIATED PLEA between Government and defendant filed.
✓ ASSIGNED TO JUDGE Duffey _____ for: ( ) trial (✓) arraignment/sentence.
___ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
___ Estimated trial time: ___ days ( ) SHORT ( ) MEDIUM ( ) LONG
___ PRE-SENTENCE INVESTIGATION ___ Requested ___ Waived ___ Referred to USPO for PSI and continued until
_____ at _____ for sentencing.
___ See other side.

Tori K. Collins
_____
Defendant

_____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____
_____ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

✓ BOND/PRETRIAL DETENTION hearing held.
_____ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED ( ) DENIED
_____ WRITTEN ORDER TO FOLLOW.
_____ MOTION FOR REDUCTION OF BOND hearing held.
_____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
_____ WRITTEN ORDER TO FOLLOW.
✓ BOND SET AT $ 10,000.00
✓ Non-surety
_____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY
_____ SPECIAL CONDITIONS: _____

✓ Bond Filed: defendant released.
_____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

WITNESSES :

EXHIBITS: