IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


FILED IN OPEN COURT
U.S.D.C Atlanta
FEB 2 5 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

vs.

TORI COLLINS,
    Defendant.

CRIMINAL CASE NO.

1:15-cr-56-WSD-1

## NOTICE OF SENTENCING DATE

To: Above named Defendant

By direction of the Honorable William S. Duffey, Jr., United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia on **Wednesday, May 13, 2015, at 02:30 p.m.** for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom 1705, 75 Spring Street, S.W., Atlanta, Georgia, 30303, where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900)

Date: 2/25/15
Counsel: _____
Received: _____
    (Defendant)

JAMES N. HATTEN, CLERK

By: Harry Martin
    Courtroom Deputy Clerk

NOTE: No continuance can be granted except by order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above. Telephone number (404) 215-1484.

| PLEA | (X) | BOND | ( ) | To Count(s): 1 |
| TRIAL | ( ) | FEDERAL CUSTODY | ( ) | Of Total Counts: 1 |
| NOLO | ( ) | STATE CUSTODY | ( ) | |
| NEGOTIATED PLEA | ( ) | USM CUSTODY | ( ) | AUSA: Alana Black |

Copies: Original - Clerk    U.S. Attorney    U.S. Marshal
         Defendant         Counsel          U.S. Probation Officer