# FEDERAL DEFENDER PROGRAM, INC.
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX 404 688-0768

June 2, 2015

**Via ECF**
Courtroom Deputies
United States District Court
75 Spring Street, SW
Atlanta, GA 30303

    Re:    **United States v. William Beamon, 2:13-cr-007-RWS;**
**United States v. Joshua Flynn, 1:13-cr-315-AT;**
**United States v. Calvin Woodard, 1:05-cr-508-HLM;**
**United States v. Paul Handley, 3:15-cr-004-TCB-RGV;**
**United States v. Rodricus Martin, 1:14-cr-427-ELR-RGV;**
**United States v. Stephen Hipple, 4:14-cr-52-HLM-WEJ;**
**United States v. Tori Collins, 1:15-cr-056-WSD;**
**United States v. Elmer Swain, 2:15-cr-002-WCO;**
**United States v. Thomas Bui, 1:14-cr-061-WSD;**
**United States v. Connie Montoya, 1:15-cr-109;**
**United States v. Carlos Morales, 1:11-cr-239-CAP;**
**United States v. Woodrow Clark, 1:15-cr-104-SCJ;**
**United States v. Mario Ingram, 1:15-cr-160;**

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant LcrR 57.1E(4), NDGa, that I will be out of the office on the following dates:

    **July 27-August 3, 2015;**
    **August 12-17, 2015; and**
    **September 14-21, 2015**.

I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

    Respectfully submitted,

    *s/ V. Natasha Perdew Silas*
    V. Natasha Perdew Silas, Esq.

cc: AUSA (ECF)